77 A.3d 1186

IN THE MATTER OF BRADLEY J. WEIL, AN ATTORNEY
AT LAW (ATTORNEY NO. 003691987).

November 12, 2013.

## ORDER

This matter having been duly presented to the Court on the application of the Director of the Office of Attorney Ethics, and with the consent of **BRADLEY J. WEIL,** who was admitted to the bar or this State in 1987;

And the Office of Attorney Ethics and **BRADLEY J. WEIL** having agreed that **BRADLEY J. WEIL** lacks the capacity to practice law and should be transferred to disability inactive status pursuant to *Rule* 1:20–12, and good cause appearing;

It is ORDERED that **BRADLEY J. WEIL** is hereby transferred to disability inactive status, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **BRADLEY J. WEIL** is hereby restrained from practicing law during the period he remains on disability inactive status; and it is further

ORDERED that pursuant to *Rule* 1:20–12(e), any disciplinary proceeding against **BRADLEY J. WEIL** shall be deferred during the period he remains on disability inactive status, and until the further Order of the Court; and it is further

ORDERED that **BRADLEY J. WEIL** comply with *Rule* 1:20–20 governing incapacitated attorneys.